### In re NIAGARA, L. & O. POWER CO.

#### Appeal of PREISCH et al.

(Supreme Court, Appellate Division, Fourth Department. March 7, 1906.)

Appeal from Special Term, Niagara County.

Application of the Niagara, Lockport & Ontario Power Company to acquire the lands of Dennis L. Preisch and others by condemnation. From an order permitting plaintiff to immediately enter upon the lands described in the petition, defendants appeal. Affirmed.

Argued before McLENNAN, P. J., and SPRING, WILLIAMS, NASH, and KRUSE, JJ.

PER CURIAM. Order affirmed, with $10 costs and disbursements on opinion of SPRING, J., in Matter of Flarke (decision in which is handed down herewith) 97 N. Y. Supp. 853.